NELLIE HOWE, Respondent, *v.* THE ROCKWELL Co., INC., Appellant.

Argued October 10, 1944; decided November 16, 1944.

*W. Earle Costello* for appellant.
*George A. King* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.